UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61122-CIV-COHN/SELTZER

THE CITY OF FORT LAUDERDALE,

      Plaintiff,

v.

HEZZEKIAH SCOTT,

      Defendant/Counter-claimant,

VIRGIL BOLDEN, GLORIA BURNELL, THE ESTATE
OF WALTER TIRSCHMAN and KAREN MCNAIR,

      Third Party Plaintiffs,

v.

THE CITY OF FORT LAUDERDALE,

      Counter-defendant,

ALFRED G. BATTLE, JR., Director of Community
Redevelopment Agency, in his official and individual
capacities, SHAUN DONOVAN, in his official
capacity as Secretary of United States Department
of Housing and Urban Development, and UNITED
STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

      Third-Party Defendants.

_____/

## OMNIBUS ORDER RE MOTIONS FOR EXTENSION

**THIS CAUSE** is before the Court upon the Federal Counter-Defendants' Motion

for Extension of Time to File Response to Amended Counterclaim Class Action [DE 20],

Alfred Battle and the City of Fort Lauderdale's Motion for Extension of Time to Respond

to Counter-Claimant's Motion to Certify Class [DE 21], the Federal Counter-Defendants'

Motion for Permission to File a Memorandum of Law Exceeding Twenty (20) Pages in Support of Motion to Dismiss [DE 22], Alfred Battle and the City of Fort Lauderdale's Unopposed Motion for Leave to Exceed Page Limit by Eight (8) Pages [DE 28], Alfred Battle and the City of Fort Lauderdale's Motion to Strike [DE 42], and Plaintiff/Counter-Plaintiffs' Unopposed Motions for Extensions of Time [DE 44 and 46].

The Court has carefully considered the motions and is otherwise fully advised in the premises.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.   Federal Counter-Defendants' Motion for Extension of Time to File Response to Amended Counterclaim Class Action [DE 20] is hereby **GRANTED**, *nunc pro tunc*.  A motion to dismiss was filed at docket entry 23;

2.   Alfred Battle and the City of Fort Lauderdale's Motion for Extension of Time to Respond to Counter-Claimant's Motion to Certify Class [DE 21] is hereby **GRANTED**.  A response was filed at docket entry 38;

3.   The Federal Counter-Defendants' Motion for Permission to File a Memorandum of Law Exceeding Twenty (20) Pages in Support of Motion to Dismiss [DE 22]  is hereby **GRANTED**;

4.   Alfred Battle and the City of Fort Lauderdale's Unopposed Motion for Leave to Exceed Page Limit by Eight (8) Pages in Support of Motion to Dismiss [DE 28]  is hereby **GRANTED**;

5.   Alfred Battle and the City of Fort Lauderdale's Motion to Strike [DE 42] its own motion at docket entry 41 is hereby **GRANTED**.  Docket entry 41 is denied as moot;

6.      Plaintiff/Counter-Plaintiffs' Unopposed Motions for Extensions of Time [DE 44

and 46] are hereby **GRANTED**.  Plaintiffs' Responses to the Motions to Dismiss

[DE's 23 and 29] and Motion to Strike Jury Trial [DE 26], as well as Plaintiffs'

Reply in Support of their Motion for Class Certification, shall be due by

September 30, 2010.  Plaintiffs' Response to the Motion to Enforce State Court

Stay [DE 43] shall also be due by September 30, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 21st day of September, 2010.

JAMES I. COHN
United States District Judge

cc: All counsel of record on CM/ECF