UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-61122 Civ - COHN

HEZZEKIAH SCOTT; VIRGIL BOLDEN;
GLORIA BURNELL; KAREN MCNAIR;
And THE ESTATE OF WALTER TIRSCHMAN,
Counter-plaintiffs,

v.

THE CITY OF FORT LAUDERDALE,
A Florida Municipal Corporation;
ALFRED G. BATTLE, JR.,
Director of Community Redevelopment Agency,
in his official and individual capacities;
SHAUN DONOVAN,
in his official capacity as Secretary of United States
Department of Housing and Urban Development;
and UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
Counter-defendants.
_____/

**FEDERAL COUNTER-DEFENDANTS'
REQUEST TO FILE SUR-REPLY BRIEF IN OPPOSITION
TO COUNTER-PLAINTIFFS' MOTION FOR RECONSIDERATION**

The Federal Counter-Defendants, by and through the undersigned Assistant United States Attorney, hereby request permission to file a *sur-reply*, pursuant to Local Rule 7.1(a)(3), to Counter-Plaintiffs' Reply Memorandum To and Motion To Strike Federal Counter-Defendants' Memorandum in Opposition to Counter-Plaintiffs' Motion for Reconsideration. A *sur-reply* is necessitated due to newly raised issues by Counter-Plaintiffs in their Reply Memorandum and Motion to Strike, which had not been heretofore raised. Those newly raised issues call for analysis, citation to legal authority and argument.

Further, in their brief, Counter-Plaintiffs' represented to the Court that counsel for Federal Counter-Defendants failed to comply with the Local Rule 7.1(3) when seeking to enlarge the time to file response to Counter-Plaintiffs' Motion for Reconsideration. The Federal Counter-Defendants take exception to this statement and state that they did in fact seek counsel's position on the motion. *See* DE# 96 . Counsel for Counter-plaintiffs' office represented that she had no objection to the filing of the motion.  DE # 96.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/Marilynn Koonce Lindsey
MARILYNN KOONCE LINDSEY
Assistant U.S. Attorney
Office of the United States Attorney
500 East Broward Boulevard Suite 700
Fort Lauderdale, Florida 33194
Bar No. 0230057
Tel: (954) 660-5770;   Fax: (954) 356-7180
Marilynn.Lindsey@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court on the 2nd day of March, 2011, by using the CM/ECF system, which will send a notice of electronic filing of the following counsel to Sharon Bourassa, Esq, Plaintiff's Attorney, LEGAL AID SERVICE OF BROWARD COUNTY, INC., 491 North State Road 7, Fort Lauderdale, Florida 33317; Telephone: (954) 736-2472, and  Alain Boileau, Esquire, YOSS, LLP, 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale Florida 33316.

By:    /s/Marilylnn Koonce Lindsey
MARILYNN KOONCE LINDSEY
ASSISTANT U.S. ATTORNEY