# Invoice

**CopyScan, Inc.**
230 South Andrews Avenue
Fort Lauderdale, FL 33316
Federal ID#   65-0620776
Phone:  (954) 463-9394
Fax:    (954) 463-2551

Invoice Number: 137574
Invoice Date: Apr 3, 2012
Page: 1


YES! COPYSCAN Also Does Medical Records Copying

Sold To:
ALAIN E BOILEAU PA
101 NE 3 AVE 1500
FORT LAUDERDALE, FL  33301

Ship to:
ATTN: COLLEEN
FORT LAUDERDALE, FL  33301

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BOI450 | CITY FT LAUD v SCOTT | Net 10 Days |
| Sales Rep ID | Shipping Method | Ship Date / Due Date |
| HA | Hand Delivered | 4/3/12  /  4/13/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,621.00 | COPY LIT 3 | LITIGATION COPYING - HEAVY STAPLES | 0.190 | 307.99 |
| 145.00 | COPY COLOR 8511 | 8 1/2 X 11 COLOR COPIES | 1.450 | 210.25 |
| 8.00 | COPY LIT S1117 | LITIGATION COPYING - 11X17 | 0.250 | 2.00 |
| 11.00 | BLUE DIVIDER | BLUE PAPER DIVIDER FOR TABS AND FOLDERS | 0.030 | 0.33 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| 1.00 | BX-LG-DELIVERY | LARGE DELIVERY BOX | | |

Received By: [signature]   Date: 4/3/12
Printed Name:

DEL: [signature]
3:55

|  |  |
|---|---|
| Subtotal | 520.57 |
| Sales Tax | 31.23 |
| Total Invoice Amount | 551.80 |
| Payment Received | 0.00 |
| TOTAL | 551.80 |

We thank you for your business.  Please call on us again.

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum. In the event that it is necessary for COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs, including, but not limited to attorneys fees and court costs, regardless of whether suit is filed.

# Invoice

**Copyscan, Inc.**
1230 South Andrews Avenue
Fort Lauderdale, FL 33316

Federal ID# 65-0620776

Phone: (954) 463-9394
Fax: (954) 463-2551

Invoice Number: 137574
Invoice Date: Apr 3, 2012
Page: 2

**Sold To:**
CITY OF FORT LAUDERDALE
ATTENTION: ACCOUNTS PAYABLE
100 N. ANDREWS AVE, 6TH FLOOR
FT LAUDERDALE, FL 33301

**Ship to:**
ATTN: ALAIN BOILEAU, ESQ
101 NE 3 AVE 1500
FT LAUDERDALE, FL 33301

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CIT500 | CITY FT LAUD v SCOTT | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Hand Delivered | 4/3/12 | 5/3/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,621.00 | COPY LIT 3 | LITIGATION COPYING - HEAVY STAPLES | 0.190 | 307.99 |
| 145.00 | COPY COLOR 8511 | 8 1/2 X 11 COLOR COPIES | 1.450 | 210.25 |
| 8.00 | COPY LIT S1117 | LITIGATION COPYING - 11X17 | 0.250 | 2.00 |
| 11.00 | BLUE DIVIDER | BLUE PAPER DIVIDER FOR TABS AND FOLDERS | 0.030 | 0.33 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| 1.00 | BX-LG-DELIVERY | LARGE DELIVERY BOX | | |
| | DESC | | | |
| | DESC | COPIES DELIVERED TO ALAIN E BOILEAU PA, FT LAUD | | |

Received By: _____
Printed Name: _____ Date: _____

| | |
|---|---|
| Subtotal | 520.57 |
| Sales Tax | - |
| Total Invoice Amount | 520.57 |
| Payment Received | 0.00 |
| TOTAL | 520.57 |

**We thank you for your business. Please call on us again.**

any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum. In the event that it is necessary r COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs, cluding, but not limited to attorneys fees and court costs, regardless of whether suit is filed.